THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JO IDA R. PATTERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | CASE NO. C16-0640-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3) JUDGMENT is for plaintiff and the case should be closed.

The Clerk is respectfully directed to send copies of this Order to counsel of record.

//

//

//

//

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 1

DATED this \_\_ day of December 2016.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2