THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JO IDA R. PATTERSON,<br><br>                Plaintiff,<br><br>       v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,[1]<br><br>                Defendant. | CASE NO. C16-0640-JCC<br><br>ORDER GRANTING EAJA ATTORNEY FEES |

This matter comes before the Court on the parties' stipulated motion for attorney fees (Dkt. No. 20). The parties agree that Plaintiff should be awarded attorney fees of $5,600.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Such fees shall be payable to Plaintiff's attorney, Schroeter, Goldmark and Bender, if the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

//

//

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   DATED this 9th day of March, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EAJA ATTORNEY FEES
PAGE - 2